**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARANDER M. HUGHES, JR., ) | NO. CV 11-06389-VBF (JCG) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| FRANCISCO J. QUINTANA, WARDEN, ) | |
| Respondent. ) | |

    Pursuant to the Court's Order issued this same date, final judgment is entered in favor of the respondent and against the petitioner.

DATED:	September 23, 2013

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE